IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-537-RJC-DCK

| | |
|---|---|
| INDUSTRIAL PIPING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TAO (MIKE) ZHANG, DAYI (SEAN) LIU, ) | |
| SCOTT PAUL, TIANWEI NEW ENERGY ) | |
| HOLDINGS CO., LTD. and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Elizabeth A. Martineau, concerning Daniel J. Weber on October 8, 2014. Mr. Daniel J. Weber seeks to appear as counsel *pro hac vice* for Plaintiff Industrial Piping, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Daniel J. Weber is hereby admitted *pro hac vice* to represent Plaintiff Industrial Piping, Inc.

**SO ORDERED**.

Signed: October 8, 2014

David C. Keesler
United States Magistrate Judge