IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-537-RJC-DCK

| | |
|---|---|
| INDUSTRIAL PIPING, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| TAO (MIKE) ZHANG, DAYI (SEAN) LIU, SCOTT PAUL, TIANWEI NEW ENERGY HOLDINGS CO., LTD. and DOES 1-10, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by John W. Ormand III, concerning Jack S. Gjording on November 24, 2014. Mr. Jack S. Gjording seeks to appear as counsel *pro hac vice* for Defendants Tao (Mike) Zhang and Dayi (Sean) Liu. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Jack S. Gjording is hereby admitted *pro hac vice* to represent Defendants Tao (Mike) Zhang and Dayi (Sean) Liu.

**SO ORDERED**.

Signed: November 24, 2014

David C. Keesler
United States Magistrate Judge