IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-537-RJC-DCK

| | |
|---|---|
| INDUSTRIAL PIPING, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| TAO (MIKE) ZHANG, DAYI (SEAN) LIU, SCOTT PAUL, TIANWEI NEW ENERGY HOLDINGS CO., LTD., and DOES 1-10, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 86) filed by W. Clark Goodman, concerning Michael O. Roe on March 24, 2015. Mr. Michael O. Roe seeks to appear as counsel *pro hac vice* for Defendant Tianwei New Energy Holdings Co., Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 86) is **GRANTED**. Mr. Michael O. Roe is hereby admitted *pro hac vice* to represent Defendant Tianwei New Energy Holdings Co., Ltd.

**SO ORDERED**.

Signed: March 24, 2015

David C. Keesler
United States Magistrate Judge