# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Industrial Piping, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00537-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Tao Zhang, et al | ) | |

Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2015 Order.

September 22, 2015

_____
Frank G. Johns, Clerk
United States District Court